

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00878-CV

Florenca Torres-Kapitzky **YOUNG**,
Appellant

v.

Jacob Kyle **YOUNG**,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. 17810B
Honorable M. Rex Emerson, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the portions of the trial court's decree relating to the division of property are REVERSED, and the cause is REMANDED to the trial court for further proceedings regarding the division of property. The remainder of the trial court's decree is AFFIRMED. It is ORDERED that appellant recover her costs of this appeal from appellee.

SIGNED June 19, 2019.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice